SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISA E. DIGGS<br>P.O. Box 23119<br>Washington, D.C. 20026,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR HARRIS<br>451 7th Street, S.W.<br>Rm. 6235<br>Washington, D.C. 20410<br><br>Defendant. | Civil Action No.: |

NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION

TO:  MARISA E. DIGGS
     P.O. Box 23119
     Washington, D.C. 20026

PLEASE TAKE NOTICE that on January 29, 2008, Defendant filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KAREN L. MELNIK, D.C. BAR #436452
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Filing of Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

    MARISA E. DIGGS
    P.O. Box 23119
    Washington, D.C. 20026

on this 29th day of January, 2008.

    Karen L. Melnik
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISA E. DIGGS<br>P.O. Box 23119<br>Washington, D.C. 20026,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARTHUR HARRIS<br>451 7th Street, S.W.<br>Rm. 6235<br>Washington, D.C. 20410<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 08cv_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant respectfully notifies the Court as follows:

1. Defendant Arthur Harris is named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No.08-0000500, entitled <u>Marisa E. Diggs v. Arthur Harris</u>.

2. The above-entitled action was filed on January 22, 2008, in the D.C. Superior Court. Neither the United States Attorney's Office for the District of Columbia nor the Attorney General has been properly served pursuant to Fed. R. Civ. P. 4(i). A copy of the Summons and Complaint are attached hereto as Exhibit A.

3. Pursuant to 28 U.S.C. § 2679(d)(1), a certification of the scope of employment is concurrently filed with this Notice of Removal and, therefore, effecting the substitution of the

United States as the sole federal defendant in this action as to any common law claims Plaintiff may be seeking against Defendant Arthur Harris. See Exhibit B.

4. Plaintiff alleges that on or about January 17, 2008, Defendant Harris was disrespectful to her and appeared as if he would assault her. Plaintiff also alleges that on November 11, 2007, Defendant Harris threw documents in her work area.

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since Plaintiff's action against Defendant is one in which the district court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 2679(d)(2).

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

KAREN L. MELNIK, D.C. BAR #436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

MARISA E. DIGGS
P.O. Box 23119
Washington, D.C. 20026

on this 29th day of January, 2008.

_____
Karen L. Melnik
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISA E. DIGGS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARTHUR HARRIS )<br>)<br>Defendant. )<br>_____) | Civil Action No. 08cv\_\_\_\_ |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Marisa E. Diggs, v. Arthurs Harris</u>, No. 08-0000500 (Super Ct. DC filed January 22, 2008), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that the named federal defendant – Arthur Harris – was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

January 29, 2008

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division

# Superior Court of the District of Columbia
## CIVIL DIVISION

MARISA E. DIGGS
 Plaintiff

vs.

Arthur Harris
 Defendant

RECEIVED
Civil Clerk's Office
JAN 22 2008
Superior Court of the
District of Columbia
Washington, D.C.

No. 08-0000500

## MOTION - (Pro-Se)

MOTION OF: Marisa E. Diggs for TRO

(State briefly what you want the Court to do) I am requesting the courts to place Mr. Harris in a "anger management program", and stay 60 ft. away from me, and a apology in writing and face-to-face.

Printed name: Marisa E. Diggs

Signature: Marisa E. Diggs

Address: P.O. Box 23119, Washington DC 20026

Home phone no: 2/271-0376
Business phone no: 2/402-3335

## CERTIFICATE OF SERVICE

On January 22, 2008 20 08 I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Arthur Harris
Address: 451 7th Street SW Ste. 6235
Washington, D.C. 20410

Signature: Marisa E. Diggs

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

please see attachments — email messages and Narrative.

Marisa E. Diggs 1-22-08

# Superior Court of the District of Columbia
## CIVIL DIVISION

Marisa E. Diggs, *Plaintiff*

vs.

Arthur Harris, *Defendant*

No. 08-0000500

RECEIVED
Civil Clerk's Office
JAN 22 2008
Superior Court of the
District of Columbia
Washington, D.C.

## MOTION - (Pro-Se)

MOTION OF: MARISA E. DIGGS for PI

(State briefly what you want the Court to do) I am requesting the courts to place Mr. Harris in a "anger management program", and stay 60 feet away from me, and a apology in writing and face to face.

Printed name: MARISA E. DIGGS
Signature: Marisa E. Diggs
Address: P.O. Box 23119, Washington, DC 20026
Home phone no. 2/271-0376
Business phone no. 5/402-33__

## CERTIFICATE OF SERVICE

On January 22, 2008, 20 08 I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Arthur Harris
Address: 451 7th Street SW, Ste. 1235
Washington, D.C. 20410

Signature: Marisa E. Diggs

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

please see attachments - emails messages and narrative

Marisa E. Diggs 1-22-0

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RECEIVED
Civil Clerk's Office
JAN 2 2 2008
Superior Court of the
District of Columbia
Washington, D.C.

MARISA E. DIGGS     **Plaintiff**
P.O. Box 23119     vs.
Washington, D.C. 20026

CIVIL ACTION NO. _____

08-0000500

Arthur Harris     **Defendants**
451 7th Street, S.W.
Room 6235     **COMPLAINT**
Washington, D.C. 20410

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Please see attachment 1 of 2 pages and Email messages dated 11-05-07 and 11-07-2007

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ _____ with interest and costs.

Phone:

DISTRICT OF COLUMBIA, SS

__Marisa E. Diggs__, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_Marisa E. Diggs_  1-22-0
(Plaintiff / Agent)

Subscribed and sworn to before me this __22nd__ day of __January__ 20 08.

_____
(Notary Public/Deputy Clerk)

FORM CV-1(1)V Nov. 00

<u>Attachment:</u> for: Marisa E. Diggs  1 of 2
-vs-
Arthur Harris

On January 17, 2008, the division director telephoned me to come to her office. When I got to the division director's (defendant) Arthur Harris come out of the directors office. The director told me to come in the office and have a seat by the door. I asked the director if I can close the door for confidentiality and she told me that "its okay to leave the door open, because staff have been dismissed because of the weather. Later, Arthur Harris came back to the director's office and started talking to her and never said "excuse me". I turned around and said "excuse me, we are having a meeting. Mr. Harris continued to talk to the director and she continued to talk to him, just as I was sitting there. I stood up and said "this is a set-up" and started to leave the directors office. I looked at Mr. Harris to excuse myself and became very fearful and threatened. Mr. Harris was looking at me with his eyes bucked, arms up and hands in a fist position blocking me from leaving the directors office; so I quickly closed the director's office door. The division director yelled at me and told me to open the door. I asked division director "did she want him to hit me?" and

2 of 2

continue - **Attachment** for: Marisa B. Diggs
-vs-
Arthur Harris

The division director did not answer. The division director yelled at me again and told me to open the door. I slowly opened the door and to see where Mr. Harris was. I stated to the division director that I was gonna call "911". The division director stated to me in a hostile demanding tone that if I called the police the director stated she would "fire me". I ran downstairs to the Office directors office, and told her what happened and stated that she will handle it and instructed me not to call "911"

<u>Please Note:</u> That on November 01, 2007 Mr. Harris threw documents in my work area. I informed management, please see attached two Emails message dated, 11-05-2007 and 11-07-2007.

Marisa B. Diggs
1-22-2008

01/25/2008 17:13 Case 1:08-cv-00171-RBW PERSONNEL LAW DIVISION → 95148780 Document 1-5 Filed 01/29/2008 Page 13 of 15 NO. 664 P11

Page 1 of 2

### Diggs, Marisa E

| | |
|---|---|
| From: | marisa.e.diggs@hud.gov |
| Sent: | Monday, November 05, 2007 6:21 PM |
| To: | Charlene_Dean@hud.gov |
| Cc: | Renee_Brown@hud.gov; Susan.Betts@hud.gov; Palumbo, Shari; Ronald.Crupi@hud.gov; Rabil, George; Sandy_Krems@hud.gov; Marisa_Diggs@hud.gov |
| Subject: | RE: Cash Recon/System Recons. |
| Importance: | High |

Charlene,

I appreciate you telling me that you spoke with Arthur Harris regarding his disrespectful behavior towards me on 11/01/2007. As you and Renee are aware of Mr. Harris projecting this disturbing disrespectful behavior towards me before, about several months ago; while you, Renee and myself was meeting in Renee's office and Mr. Harris came storming through the door and demanded Renee's immediate attention regarding something personal for him. I immediately said "excuse me, but we
are in a meeting", Mr. Harris ignored me and continued to talk to Renee. I said to Mr. Harris that "he was not going to disrespect me and he should not interrupt
my meeting unless he politely say excuse me. Renee told Mr. Harris that she will call him and he left. With all due respect to you and Renee and the positions you hold, I do believe if Mr. Harris was corrected on his disrespectful behavior towards me at that time, I believe Mr. Harris would not be projecting this disturbing disrespectful behavior at a higher level by throwing documents in my work space area.

I had to take leave on Friday, November 02, 2007, because Mr. Harris disrespectful behavior truly affected me. I do not tolerate disrespect from anyone, because I
Do not disrespect anyone. I believe that Mr. Harris knows that he is favorable to you and Renee and I am not, that's why he continues to disrespects me. I believe favoritism has much to do with Mr. Harris behavior towards me.

I am requesting Mr. Harris to "immediately" apologize to me, face-to-face and in writing.

I appreciate your immediate attention in this matter.

Thanks
Marisa

---

From: marisa.e.diggs@hud.gov [mailto:marisa.e.diggs@hud.gov]
Sent: Thursday, November 01, 2007 4:56 PM
To: Charlene_Dean@hud.gov
Cc: Marisa_Diggs@hud.gov
Subject: Cash Recon/System Recons.

Charlene,

Arthur Harris came to my desk and threw the cash reconciliations on my cadenza and I said to him what are you throwing? Arthur told me that
He was giving me the reconciliations. I asked him "do I have them all for September 2007"? He said timeout. I asked what are you talking about?
He then said, I have a lot of work to do and if I get around to sending you an E:mail I will. I said to him that I would like know who has not provided
him a copy of the Cash recons/System recons. because you are late giving them to me. I do not appreciate his disrespect in thinking that he have
the right to do and say anything he chooses and get away with it by running to you. I do not tolerate disrespect

11/5/2007

from anyone, because I do not disrespect anyone.

Thanks
Marisa

11/5/2007

### Diggs, Marisa E

**From:** marisa.e.diggs@hud.gov
**Sent:** Wednesday, November 07, 2007 1:08 PM
**To:** Dean, Charlene B; mark@groupnw.net; Charlene_Dean@hud.gov
**Cc:** Renee_Brown@hud.gov; Susan.Betts@hud.gov; Palumbo, Shari; Ronald.Crupi@hud.gov; Rabil, George; Sandy_Krems@hud.gov; Marisa_Diggs@hud.gov
**Subject:** RE: Cash Recon/System Recons.

Charlene/Renee

With all due respect to you and as my supervisor, I understand that you are very angry with me because I filed an EEO complaint against you and Renee, but,
I have no reason to tell the untruth regarding anyone's actions against. I believe that now you are going to retaliate against me and allow employees to do to me
Whatever they choose. But, if employees come to you regarding the untruth about me, you will be ready and urgently to go to the 9th floor and have me written up.
This is very unfair to me. I am a very mature lady and I have a son around Arthur Harris age, I would never try to bring discomfort, and especially to tell the
Untruth of this young man's behavior. I would not gain anything for it. Again I do know that Mr. Harris is very much aware of you and Renee's dislike for me.
I am so a shame that we as black females cannot get along because of both personal dislike for me. I will continue to pray for all us to come together one
Day and stop this retaliation and being so angry. I am still requesting management to request that Arthur Harris apologize to me face-to-face, I believe the apology
Is needed because we still have to work together, and I am requesting that he respect me as well as I do respect everyone.

Management, I appreciate your immediate attention in this matter.

Thanks
Marisa

---

**From:** charlene.b.dean@hud.gov [mailto:charlene.b.dean@hud.gov]
**Sent:** Tuesday, November 06, 2007 2:03 PM
**To:** mark@groupnw.net; Charlene_Dean@hud.gov
**Cc:** Renee_Brown@hud.gov; Susan.Betts@hud.gov; Palumbo, Shari; Ronald.Crupi@hud.gov; Rabil, George; Sandy_Krems@hud.gov; Marisa_Diggs@hud.gov
**Subject:** RE: Cash Recon/System Recons.

I spoke with Mr. Harris concerning your allegation of Mr. Harris disrespecting you because I take such allegations serious. He said that he did not throw the reconciliations on your desk or disrespect you. I asked you if you have a witness to the incident and you said no.

Also, I have never witness Mr. Harris disrespecting you in the past.

---

**From:** marisa.e.diggs@hud.gov [mailto:marisa.e.diggs@hud.gov]
**Sent:** Monday, November 05, 2007 6:21 PM

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Marisa E. Diggs | Arthur Harris |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Washington, D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Washington, D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

P.O. Box 23119
Washington, D.C.

ATTORNEYS (IF KNOWN)

451 7th Street, S.W.
Rm. 6235
Washington, D.C.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)** OR **● F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ○ 1 Original Proceeding
- ● 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Plaintiff alleges assaultive behavior against a co-worker [federal employee], sounding in tort, pursuant to the Federal Tort Claims Act,

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)   YES ☐   NO ☐   If yes, please complete related case form.

DATE  January 29, 2008    SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.