# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARISA E. DIGGS

Plaintiff

v.

ARTHUR HARRIS

Defendant

Civil Action No. 1:08-CV-00171(RBW)

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff respectfully moves to dismiss case:-1:08-CV-00171, assigned to Judge, Walton, Reggie B., on 1/29/2008, regarding TRO/PI, without prejudice.

I did receive Defendant's Motion to Dismiss on 02/20/2008. —

Marisa E. Diggs
P.O. Box 23119
Washington, D.C. 20026

## CERTIFICATE OF SERVICE

I certify that I sent copies to:
Karen L. Melnik
Assistant U.S. Attorney
Judiciary Building
555 Fourth Street, N.W., Rm. #112-E
Washington, D.C. 20530

Marisa E. Diggs
Plaintiff, pro se
02/22/2008

of Plaintiff's Motion to dismiss by first class mail upon Defendant's representative on this 22nd day of February 2008.

RECEIVED
FEB 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARISA E. DIGGS
Plaintiff

v.

ARTHUR HARRIS
Defendant

Civil Action No. 1:08-CV-00171(RBW)

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff respectfully moves to dismiss case:-1:08-CV-00171, assigned to Judge, Walton, Reggie B., on 1/29/2008, regarding TRO/PI, without prejudice.

I did receive Defendant's Motion to Dismiss on 02/20/2008.

Marisa E. Diggs
P.O. Box 23119
Washington, D.C. 20026

## CERTIFICATE OF SERVICE

I certify that I sent copies to:
Karen L. Melnik
Assistant U.S. Attorney
Judiciary Building
555 Fourth Street, N.W., Rm. 4112-E
Washington, D.C. 20530
of Plaintiff's Motion to dismiss by first class mail upon Defendant's representative on this 22nd day of February 2008.

Marisa E. Diggs
Plaintiff, pro se
02/22/2008