UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| MARISA E. DIGGS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-0171 (RBW) |
| ) | |
| ARTHUR HARRIS, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Harry B. Roback,

Assistant United States Attorney, as counsel of record for the defendant in this action.  The Clerk

of the Court will please withdraw Karen Melnik as counsel for the defendant in the above-

captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2008, I caused the foregoing

Substitution of Counsel to be served on pro se  plaintiff by U.S. Postage, addressed as follows:


**MARISA E. DIGGS**
P.O. Box 23119
Washington, DC 20026


/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309